IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
FEB 0 1 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (509) 862-3204<br><br>IN THE MATTER OF THE USE OF A CELL SITE SIMULATOR TO LOCATE THE CELLULAR DEVICES ASSIGNED CALL NUMBER (509) 862-3204 | MJ 19-11-M-JCL<br>MJ-19-12-M-JCL<br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

///

///

DATED this \_\_1\_\_ day of February 2019.

                                        */s/ Jeremiah C. Lynch*
                                        HON. JEREMIAH C. LYNCH
                                        U.S. Magistrate Judge